UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEONARD WILSON,

        Plaintiff,

v.                                        Case No. 8:08-cv-159-T-24 MAP

QUICKSILVER DELIVERY
SYSTEM, INC., and
MICHAEL BAKER,

        Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Notice of Filing Suggestion of Bankruptcy (Doc. No. 5), which states that Defendants each filed petitions under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida, Case No. 8:08-bk-01253 and Case No. 8:08-bk-01254, on January 31, 2008. Accordingly, it is

**ORDERED AND ADJUDGED** that:

(1) Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**;

(2) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

(3) Plaintiff may reinstate this case to active status upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings; if this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case; and

(4)   Plaintiff is directed to file and serve, on or before August 21, 2008, and every six months thereafter, a status report regarding the Defendant's bankruptcy proceedings.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record